Submitted May 12, reversed and remanded September 21, 2011

STATE OF OREGON,
*Plaintiff-Appellant,*

*v.*

JOSHUA B. GIROD,
aka Joshua Bradly Girod,
*Defendant-Respondent.*

Coos County Circuit Court
09CR0798; A144502

263 P3d 1113

John R. Kroger, Attorney General, David B. Thompson, Interim Solicitor General, and Joanna L. Jenkins, Assistant Attorney General, filed the brief for appellant.

Daniel M. Hinrichs filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

## PER CURIAM

In this prosecution for driving under the influence of intoxicants (DUII), the state appeals from the trial court's suppression of a breath test result. In reliance on our opinion in *State v. Machuca*, 231 Or App 232, 218 P3d 145 (2009), *rev'd*, 347 Or 644, 227 P3d 729 (2010), the trial court held that defendant had not voluntarily consented to the test and that there were no exigent circumstances that would justify a warrantless seizure of defendant's breath sample. We agree with the state that in light of the Supreme Court's opinion reversing this court in *Machuca* and this court's opinion in *State v. Allen*, 234 Or App 363, 228 P3d 606 (2010), the trial court erred in excluding the breath test results and the order suppressing the evidence must be reversed.

Officer Kirk stopped defendant for the offense of reckless driving, and it is undisputed on appeal that he immediately thereafter developed probable cause to believe that defendant had committed the offense of DUII. Under the Supreme Court's opinion in *Machuca*, when an officer has probable cause to arrest a person for a crime involving the blood alcohol content of the suspect, "the evanescent nature of a suspect's blood alcohol content is an exigent circumstances that will ordinarily permit a warrantless blood draw[.]" 347 Or at 657. In *Allen*, we applied the holding of *Machuca* to a breath test. 234 Or App at 364. We conclude for that reason that the trial court erred in granting defendant's motion to suppress the breath test.

Reversed and remanded.